

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL DUDLEY EL,
(aka - DARRYL ADISA EL),

    Plaintiff,

V

Case: 2:14-cv-11927
Judge: Tarnow, Arthur J.
MJ: Hluchaniuk, Michael J.
Filed: 05-08-2014 At 04:29 PM
PRIS DARRYL DUDLEY EL V CARL MAYNARD, ET AL (LG)

MAG._____

CARL MAYNARD, WILLIAM BEDELL, DENNIS ROYZER, LELAND PUTNAM, DONALD MAKOWSKI, KENNETH ROBINSON, EVERTT ELKINS, GENE BOGERT, DAN BOLDEN, KENNETH L. MCGINNIS, ROBERT BROWN JR., MICHIGAN DEPARTMENT OF CORRECTIONS,
(-AND-)
DET.,SGT.,JACK BEESON, TROOPER G.S. GRAY, FOURTEENTH JOHN DOE PERSONS EMPLOYED AS STATE POLICE OFFICERS, MICHIGAN STATE POLICE DEPARTMENT,
SUED PERSONALLY, IN THEIR INDIVIDUALLY AND OFFICIAL CAPACITIES, JOINTLY AND SEVERALLY,
    Defendants.
_____/

## VERIFIED
## U.S. CONSTITUTIONAL TORT
## CIVIL RIGHTS CONSPIRACY
## ACTION AND CONPLAINT

1. AMENDMENTS TO THE CONSTITUTION:
    AMENDMENT V
...Nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law.
    AMENDMENT VI
...To have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense.
    AMENDMENT VIII
... Nor cruel and unusual punishments inflicted.
    AMENDMENT XIV
All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection on the laws.

## ADDRESSES OF PARTIES

DARRYL DUDLEY EL
(aka-DARRYL ADISA EL/DARRYL DUDLEY (B-151365)
1241 BURLINGAME   APT # D
DETROIT, MICHIGAN 48202                                    PLAINTIFF

---

                                                            DEFENDANTS
MICHIGAN DEPARTMENT OF CORRECTIONS
ROBERT BROWN, KENNETH MCGINNIS, DAN BOLDEN, GENE BOGERT,
P.O.BOX 30003
LANSING, MICHIGAN 48909

---

DONALD MAKOWSKI, KENNETH ROBINSON, LELAND PUTNAM, CARL
MAYNARD, WILLIAM BEDELL, DENNIS ROYZER
3023 BEMIS ROAD
YPSILANTI, MICHIGAN 48197

---

MICHIGAN DEPARTMENT OF STATE POLICE
714 S. HARRISON ROAD
LANSING, MICHIGAN 48823

---

JACK BEESON, G.S. GRAY,
1501 WHITAKER ROAD   MSP#26
YPSILANTI, MICHIGAN 48197

---

EVERTT ELKINS
ROUTE 13  321-H
CRASSVILLE, TENN 38555

## ACTION AND COMPLAINT

PLAINTIFF:

2. The plaintiff of this action and complaint is the legal adult Darryl Dudley EL on behalf of himself. Plaintiff is a citizen of the United States of America and the State of Michigan. Plaintiff is an Ex-Offender on Parole and Student in the Focus-Hope Machinist Training Institute, on State Assistance (Bridge Card & Mich-Health Card). Plaintiff works-in-kind Labor for Room and Board as Property Manager and Care Taker for W.K.U. Property Management, his only income is a $50.00 monthly stipend.

3. Plaintiff at the time of this complaint was an incarcerated person, housing in the Michigan Department of Corrections at Huron Valley Men Facility.

4. Plaintiff is asserting that the above named and unnamed persons have caused him to be deprived of his rights, privileges, and immunities protected by the United States Constitution and the Michigan State Constitution.

5. Because of circumstances of poverty and indigent, plaintiff pro se, and further fear of *some Attorneys to take this action; he has proceeded this action and complaint in forma* pauper as well as in good faith pursuant to the laws and constitution of the United States.

DEFENDANTS:

6. The Individual persons herein as Defendants are sued in their individual capacities for personal liability for their individual acts and omission to deprive plaintiff of his rights under the United States Constitution, and the Laws of the United States.

7. Also as relevant to the same individuals in paragraph # 6 above, their acts and omission to deprive plaintiff of his rights under the Michigan State Constitution.

8. The individual defendants herein (ALL) are sued also in their individual and official capacities for violation of plaintiff's rights conferred by the Michigan State Constitution.

9. Defendants herein were acting under color of Michigan State law at all times relevant to the within action and complaint.

JURISDICTIONAL STATEMENTS:

10. Jurisdiction is hereby invoked and predicated upon the following:

a) 1963 Mich Const. Art. 1, sections 2, 16, and 17.

b) 28 U.S.C. sec 1331 and 1343.
c) 42 U.S.C. sec 1983 and 1985(3).
d) 18 U.S.C. sec 241 and 242.

JURY DEMAND:

11. Plaintiff hereby demand and preserves his right to trial by jury upon all claims herein this action and complaint. U.S. Const. Am. VII.

FACTS/AVERTMENTS

12. This is an action presented by way of a civil rights conspiracy suit. Which charges that each defendant, all who at the specific and relevant times and places, herein committed act(s) of a conspiratorial nature contrary to U.S. Const., and Statutory Laws In violation of plaintiff's rights, privileges, and immunities ; specifically to conspire to deprive of his Inalienable rights.

13. Defendants are Prison Guards and State Troopers employed at the relevant times herein, with the Michigan Department of Corrections ( hereafter MDOC)  at the Huron Valley Men Correctional Facility (hereafter HMMF) and Michigan State Police Post # 25 (hereafter MSP#26). While acting under the color of law and State Authority of the State Of Michigan did willfully, knowingly, and intentionally combine, conspire, confederate and agreed with each other to deprive plaintiff, a born American citizen of his liberties.

14. The Majority of the defendants are European-Americans with the exception of four (4) who are Black/African-American and cater to the desires and wishes of the Majority.

15. Plaintiff, Darryl Dudley EL is an Moorish Cherokee American and derogatorily referred to as a Black/African-American. Which he both denounce and rejects as his Nationality and Birthrights. Plaintiff is also a Moslem which the defendants despises.

16. That concerning the general pleadings and specific pleadings these European-Americans Prison Officials and State Troopers  along with their minority Black/African-Americans co-workers; has established an unwritten custom and practice of conspiring to Set-up, plan, arraign, and execute malicious ,sadistically, beating and sever bodily assault Upon so-called Black, and Black Muslim prisoners accused of assaulting prison officials (e.g. correctional guards).

17. These vicious beatings executed by prison guards and state troopers, are part of an tacit agreement unlawfully authorized by defendants who are higher-uppers in their respective departments. The purpose of which is designed to preventing plaintiff who has been designated as a Black/Black Muslim that assaulted a prison guard from exercising his liberties.

18. The method of carrying out these vicious, malicious and sadistic assaults and beatings With clinched fists, elbows, knees, kicking, brute physical force maliciously, intentionally willfully, and deliberately used to injure, assault, batter, humiliate, degrading Blacks and Or Black Muslims accused of assaults on prison guards. Was to take them on excursions To local courthouses then to MSP#26. Whereupon arrival and pursuant to their conspiracy of silence, said Black/Black Muslim accused prison guard assailant Prisoner(s), as plaintiff. Would be severely assaulted and battered about the head, neck, chest, back, mid-and-lower adornment, hips, thighs. All the while, the prisoner, as plaintiff; was in full restraints and secured in belly chains with black box over handcuffs And leg irons and pad lock. Unable to defend or otherwise protect himself from defendants onslaught.

19. This unlawful practice and unwritten custom of executing their violence propensities Is part of a doctrine of Institutional White Supremacy, intimidation, harassment, retaliation, etc, on Black/Black Muslim(s), including plaintiff. That these systematic malicious racially motivated beating(s) are premeditated planned invidious discriminatory Acts of serve prohibited brutal indoctrination respond conditional tactics and program Designed to bend the will(s), mind(s), and emotion(s) of Black/Black Muslim(s), including plaintiff to be submissive, docile, and unreasonable fearful of White People and Or European-Americans, especially White Adult Males. Further to keep plaintiff from seeking the equal protection of the laws, and from enjoying the equal rights, privileges, and immunities under the U.S. Constitution of America as American citizen, regardless of their incarceration, including plaintiff.

20. As a result of defendants actions there exist a clear and transparent pattern of the Defendants using their official capacities as a disguise to bring to fruition their individual whim of malicious, arbitrarily, capriciously, sadistically, intentional, knowingly and deliberate assaulting and battering plaintiff and others; because of their assumed status as Black/Black Muslims, which by common adoption and acquiescence, and by long and unvarying habit, has become compulsory and has acquired the force of a law/tacit with respect to these assaults and battering manifesting. That this habitual or customary practice more or less was widespread, between HVMF and MSP#26 with it respective Higher-Ups', knowing it exist, but it firmly remained in place, constantly occurring, repetitionally happening,: even thou there exist Departments Policies prohibiting it, as well as, State and Federal authorities. Said assaults and batteries, beatings of plaintiff And others occurred at regular intervals.

22. Defendants knew there would be no enforcement of the Laws and State and Federal Constitutions with regards to these acts inflicting cruel and unusual punishment and deprivations of procedural due process and equal protection of the Law. defendants acted As in the case with plaintiff before, during, and after with complete disregard for any Policies, Statutes, and both State and Federal Constitutions. Their conspiracy of silence Continued uninterrupted even when one HVMF Lt. Robert Hughes photographed and Documented with medical staff plaintiff's injuries and provided HVMF Higher-Uppers With copies. No disciplinary action or reporting to effective law enforcement agencies

Occurred.

23. The Legislative Corrections Ombudsman, Field Investigator Edward Trudeau pursuant to Lt. Robert Hughes report submitted to him found that department policies Were violated, and that the conduct of prison guards unlawful and unbecoming of civil servants especially those of the law enforcement community. that plaintiff was injured and suffered deprivations of his civil rights. That also according to Lt. Hughes no internal investigation was done because defendants prison guards "HEAR NO EVIL,SEE NO EVIL,SPECK NO EVIL!" statements. further, Trudeau noted that he reported the incident to MDOC Deputy Director, Dan Bolden.

24. After the incident in question plaintiff wrote MDOC-HVMF Institutional Grievances. Which defendants Carl Maynard, William Bedell, Dennis Royzer, Leland Putnam, Donald Makowski, Kenneth Robinson, Evertt Elkins, Gene Borgert, Dan Bolden, Kenneth L. MCGinnis, and Robert Brown, Jr., as Prison Officials and Guards did nothing about when they have a sworn duty to uphold MDOC Policies, MDOC Employees Handbook Rules, State and Federal Statutes, and the State and Federal Constitutions.

25. All the Defendants of the MDOC-HVMF and MSP#25 actions and omissions and Commissions interfered with, Adversely effected, and undermined Plaintiff's Liberties to a fair and Constitutional Criminal trial. That part of defendants scheme included withholding and suppressing known exonerating evidence, which policy prescribe defendants review prior to trial. Further plaintiff's liberties demand said evidence come forth during a criminal prosecution.

26. That a particular, offensive, and unlawful tacit agreement exist among the defendants, Agents of the MDOC and MSP#26; that they agreed to avoid saying anything, or doing anything about, any act(s) being committed by a fellow agent (s) (e.g. defendants) ,which Might reveal the wrongs then being committed by a fellow agent(s) (e.g. defendants).

27. Plaintiff, a Moorish Cherokee American is a member of two traditional groups that Has been subjected repeatedly to invidious discriminatory animus. Moors and Cherokees who were Denationalized and subject to slave labels of Negro, Black , Colored ,African American And while in this state of Mental Slavery forced through the Institution of Slavery; to accept Christianity, contrary to their Forefathers ancient and divine creed of Islamism. Deprived of their rights, land, and inherits.

28. On October 10th,1986 plaintiff then a prisoner at HVMF was called into defendant Kenneth Robinson office under escort and in full restraints. Wherein there defendant Robinson attempted to brow beat plaintiff for a confession to the September 26th,1986 3-Unit incident wherein two prison guards were injured with weapons. Plaintiff stated he had nothing to say and he didn't care. Defendant Robinson then told plaintiff. "when you put one of us in the hospital, we put you in the hospital!"

29. That at all pertinent times to the facts herein ,plaintiff Dudley-El was committed to

the MDOC. Unless otherwise stipulated.

30. On October 26th, 1986 plaintiff and three other prisoners (Darnel Lowe Bey; Keith Robinson and James Miller) were placed in leg-irons, handcuffed with black box and belly-chains secured with pad-locks(individually), then chained together and under armed prison guards escort of defendants Maynard, Royzer, and Bedell; all who are white males. All the prisoners herein are historically referred to as Blacks, including plaintiff. And were housing at HVMF, located at 3023 Bemis Rd. in Washtenaw County, Ypsilanti, Michigan. That at approximately 8:45 am, plaintiff and other said prisoners Were prepared and placed in a State vehicle (Van) to be taken to the Court.

31. That under affirmative 'Writ' & 'Detailed Instructions', "TO TAKE THE PRISONERS TO THE COURT AND HENCE, BACK TO THE PRISON" were these three prison guards escorts entrusted to the care & custody of the four prisoners, including plaintiff. To transport them (prisoners), to Washtenaw County District Court for alleged purpose of Arraingnment on alleged Criminal Charges.

32. That at approximately 9:00 am plaintiff and the other prisoners in a Van of the MDOC and under the control of Bedell and Royzer the defendants arrived at the Court, proceeded with their business and exited the court at approximately 9:45 am and loaded back into the Van to be transported back to HVMF. When defendant Maynard instructed the escort, Bedell & Royzer to follow him. As a result plaintiff was not returned directly to the prison compound.

33. Defendant Bedell (the driver of the van), in accordance to Maynard's instructions, followed Maynard who was in an separate vehicle while Royzer quietly looked on. This excursion led to the premises of the Michigan State Police Post (MSP#26), located at: 1501 Whittaker Rd. Ypsilanti, Michigan, in Washtenaw County.

34. That when I, Darryl Dudley El, became aware of where I was at, I. (with the other prisoners), asked of defendants Bedell & Royzer was there an 'Order, Writ, or Other Authorization' requiring Myself and the other prisoners to be at the MSP Post, which the defendants said there wasn't any.

35. Defendant Maynard came to the van and took Bedell & Royzer aside from the van and held a conversed in a brief conference.

36. That the van door opened and Maynard said he wanted to take us prisoners into the MSP Post (MSP#26) to be fingerprinted and photographed. When prisoner Miller inquired pursuant to what authority to submit our'er bodies to be fingerprinted and photographed; Maynard replied: "No. but we got to have your prints, are you coming out?" prisoner Miller stated if he didn't have any authority you (Maynard), was violating his rights, and that he was supposed to be returned to HVMF.

37. Defendant Maynard then stated "I'll get you Bastards.", he then closed the van door

and held another conferred with Bedell & Royzer, returned to the van and opened the door and told the prisoners, including plaintiff "I'm writing you guys thickets if you don't come out". Myself and the other prisoners stated we don't have any business at the MSP#26. Defendant Maynard then departed and went into the MSP#26. That defendants Bedell & Royzer inquired why plaintiff and other prisoners wouldn't leave the van. At which it was explained to them by plaintiff that in the absence of a court order or other valid authority requiring them to submit our'er bodies for fingerprinting and photographing they has no business being at the MSP#26 and the defendants had no business delivering them to the MSP#26 and trying to coerce them to submit their bodies was a violation of their constitutional rights especially were such information was already on record retained by defendant MDOC.

38. Defendant Maynard exited the MSP#26 with defendant Beeson, who came and opened the van door and stated "what's the problem with you guys not wanting to come in?". Plaintiff and prisoner Lowe Bey then explained to defendant Beeson the same as they did prior (above). Defendant Beeson turned Red in the face. And told prisoner Lowe Bey he "has a big mouth", this resulted in a verbal conflict between the two. Defendant Beeson then stated "you guys think you're tough, huh?". he proceeded to close the van door and stepped away from the van with defendant Maynard and began conversing together. Plaintiff and said prisoners pleaded with defendants Bedell & Royzer to immediately return them to the prison, but the sat and ignored the prisoners, including plaintiff.

39. Defendant Maynard & Beeson then returned to the van, Beeson then stated "are you boys coming in?" the plaintiff and other prisoners again answered "no". and explained why; defendant Beeson then stated "you black bastards wait her,I'll be back." he returned from inside the MSP#26 with 15 State Troopers, who defendant Beeson ordered to "get them niggers out of that van". that plaintiff and other prisoners were in full-restraints (as stated prior, above).

40. The State Troopers then opened the sliding van door and pulled prisoner Robinsob out the van by his feet and leg-irons, on to the ground causing prisoner Miller chained to him to follow. Whereupon they crashed to the ground and the State Troopers set upon them with clinch fist, kicks, elbows, and knees until they were laying bloody and unconscious on the ground; defendant Beeson then commanded this Troopers to " get the big mouth one and one with the glasses". referring to prisoner Lowe Bey and Plaintiff , While pointing. Plaintiff watched terrified as Trooper G.S. Gray savagely beat and struck prisoner Lowe Bey about the head and chess area until he was unconscious. Plaintiff saw Trooper "Plaintt" gaining assecc to the back door of the van and tried to move when Plaintt grabbed plaintiff to keep him seated. And proceeded to attack plaintiff with clinched fist about his head, neck, and along his back. Trooper G.S.Gray then got closer to plaintiff and struck him in the mouth, plaintiff was dizzy and tried to hide his head behind the seat in front of him, but Trooper Gray forced plaintiff's head down between the seat and began sticking him repeatedly in his lower back, plaintiff was also rendered unconscious.

When plaintiff awoken the Troopers was still beating him when he heard Beeson telling the Troopers to "hurry up and bring them bastards out of there". plaintiff and then told them he was coming out and Trooper G>S> Gray said "you're dam right you're coming out'.

41. Once outside the van the troopers began pushing the prisoners, including plaintiff and saying "jog niggers jog". but plaintiff couldn't because of the leg-irons.

42. Was forced to take fingerprints and photographs. And deposited back into the van. Whereupon plaintiff and the other prisoners were taken back to HVMF.

43. Defendants Maynard, Bedell, and Royzer, deposited the prisoners, including plaintiff In a holding tank behind the HVMF Control Center and left them their and attempted to exit the building. Palintiff and other prisoners flagged down Lt. Robert Hughes. Who upon seeing the physical condition of the prisoners, including plaintiff. Came to them and asked " what happened?" . plaintiff and the other prisoners explained what defendants Maynard, Bedell, and Royzer allowed to happen. Lt. Hughes called for the nurse and I & I Investigator and went to get a camera. He returned and had all the prisoners examined, photographed and statements taken (as stated prior). He also contacted deputies :defendants Kenneth Robinson, Evertt Elkins, Donald Makowski, and inspector Leland Putnam. Defendants Maynard, Royzer, and Bedell were ordered not to leave the prison ground without making reports.

44. No prison official of the MDOC contacted Plaintiff as a result this brutal incident and his injuries. including Warden Gene Borgert who was aware and further withheld a copy of a Major Misconduct Report of the September 26,1986 3-Unit incident that plaintiff was accused of, that exonerated plaintiff of stabbing a prison guard which could have changed the outcome of plaintiff's 1987 conviction, which defendants Gene Borgert approved and directed inspector Leland Putnam of HVMF to initiate with MSP#26 Beeson. That defendant Borgert illegally withheld critical exonerating evidence from plaintiff's then Trial counsel.

45. Plaintiff has suffered reoccurring back problems and pain for over twenty years since the date of this incident, with little to no help from the MDOC Medical Staff. They have decided to deal with plaintiff's injuries in a conservative fashion.

46. As a further result plaintiff was told by MDOC Medical Staff he is arthritic in the place where he was injured (October 26,1986 incident). As a result plaintiff cannot Gain a full erection neither ejaculate with his girlfriend which is a terrible strain on their relationship. Which cause him mental anguish and humiliation.

## LEGAL CLAIMS

47. Defendants are liable under 42 USC # # 1983,1985(3) for creation of illegal custom of brutality, and racial discrimination visa invidious discrimination animus to deprive

plaintiff a Moorish-Cherokee American whom defendants refer to a "Black", of the equal protection, rights, immunities and liberties of an American citizen.

48. Defendants have violated plaintiff's rights and liberties under 18 USC ## 241,242 for Further engaging in civil rights and conspiracy against him.

49. Defendants as stated violated plaintiff's rights and liberties under the State and Federal Constitutions, including the 5th,6th,8th, and 14th Amendments and its counterparts on the State. And the rights and liberties plaintiff is not enlightened to know and assert herein.

## REQUESTED RELIEF

50. Wherefore, plaintiff request that this Honorable Federal Court:

A). Allow indigent plaintiff to proceed in this court until such time as this court appoint him able counsel to address this matter before the court.

B). Allow the U.S. Marshall Service to handle the serving of these complaints.

C). Compensatory damages against each defendant for $100,000.

D). Punitive damages against defendants collectively for $10,000,000.

E). Wherever further the court deem proper.

I, Darryl Dudley-El, under the penalty of perjury according to the Statutes and Laws of the United States of America, declare, that I'm Indigent and have no funds or easily converted bonds, stocks, home, land, etc to pay the entry fees associated with this action Aside a monthly $50.00 stipend.

/s/ *M/Darryl Dudley El*

I, Darryl Dudley-El, verify under the penalty of perjury according to the Statutes and Laws of the United States of America, that the foregoing complaint is true and correct to the best of my personal information, knowledge and belief.

/s/ *M/Darryl Dudley El*

NOTARY PUBLIC, the above was subscribed and sworn to before me this 7th, day of May, 2014.   *Geneva Gilbert*

```
GENEVA GILBERT
Notary Public, State of Michigan
County of Wayne
My Commission Expires Jun. 01, 2015
Acting in the County of Wayne
```

# CIVIL COVER SHEET FOR PRISONER CASES

| | | |
|---|---|---|
| **Case No.** 14-11927 | **Judge:** Arthur J. Tarnow | **Magistrate Judge:** Michael Hluchaniuk |

| **Name of 1st Listed Plaintiff/Petitioner:** DARRLY DUDLEY EL | **Name of 1st Listed Defendant/Respondent:** CARL MAYNARD, ET AL |
|---|---|
| **Inmate Number:** | **Additional Information:** |
| **Plaintiff/Petitioner's Attorney and Address Information:** 1241 BURLINGAME APT #D DETROIT, MI 48202 | |
| **Correctional Facility:** | |

**BASIS OF JURISDICTION**
☐ 2 U.S. Government Defendant
☒ 3 Federal Question

**NATURE OF SUIT**
☐ 530 Habeas Corpus
☐ 540 Mandamus
☒ 550 Civil Rights
☐ 555 Prison Conditions

**ORIGIN**
☒ 1 Original Proceeding
☐ 5 Transferred from Another District Court
☐ Other:

**FEE STATUS**
☒ IFP *In Forma Pauperis*
☐ PD Paid

---

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?
   ☐ Yes   ☒ No
   ➢ If yes, give the following information:
   Court: _____
   Case No: _____
   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)
   ☐ Yes   ☒ No
   ➢ If yes, give the following information:
   Court: _____
   Case No: _____
   Judge: _____

MIED (Rev. 07/06)  Civil Cover Sheet for Prisoner Cases