UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL DUDLEY EL,

      Plaintiff,

v.

DONALD MAKOWSKI, ET AL.,

      Defendants.
_____/

Case No. 14-11927

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
STEPHANIE DAWKINS DAVIS

**ORDER ADOPTING REPORTS AND RECOMMENDATIONS [80, 81]; DISMISSING DEFENDANTS DAN BOLDEN, DONALD MAKOWSKI, LELAND PUTNAM, CARL MAYNARD, JACK BEESON, G.S. GRAY, EVERTT ELKINS, GENE BOGERT, AND KENNETH MCGINNIS**

Plaintiff Darryl Dudley El, a pro se prisoner, has brought claims against the Michigan Department of Corrections (hereinafter "MDOC") and MDOC officials, alleging violations of his 5th, 6th, 8th, and 14th Amendment rights, pursuant to 42 U.S.C. § 1983. On May 26, 2017 and June 1, 2017, the Magistrate Judge issued Reports and Recommendations (R&R) [Dkt. #80, 81] advising the Court to dismiss Defendants Dan Bolden, Donald Makowski, Leland Putnam, Carl Maynard, Jack Beeson, G.S. Gray, Evertt Elkins, Gene Bogert, and Kenneth McGinnis. Neither party filed Objections to either R&R. Fed. R. Civ. P. 72(b)(2).

The Court having reviewed the record, both Reports and Recommendations [80, 81] are hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Defendants Dan Bolden, Donald Makowski, Leland Putnam, Carl Maynard, Jack Beeson, G.S. Gray, Evertt Elkins, Gene Bogert, and Kenneth McGinnis are **DISMISSED**.

**SO ORDERED**.

Dated: June 28, 2017

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge