UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL DUDLEY EL,<br><br>Plaintiff,<br><br>v.<br><br>DONALD MAKOWSKI, ET AL.,<br><br>Defendants. | Case No. 14-11927<br><br>SENIOR UNITED STATES DISTRICT JUDGE ARTHUR J. TARNOW<br><br>MAGISTRATE JUDGE STEPHANIE DAWKINS DAVIS |

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION [84]; DISMISSING DEFENDANT DENNIS ROYZER**

Plaintiff Darryl Dudley El, a pro se prisoner, has brought claims against the Michigan Department of Corrections (hereinafter "MDOC") and MDOC officials, alleging violations of his 5th, 6th, 8th, and 14th Amendment rights, pursuant to 42 U.S.C. § 1983. On June 28, 2017, the Magistrate Judge issued a Report and Recommendation (R&R) [Dkt. #84] advising the Court to dismiss Defendant Dennis Royzer. Neither party filed Objections to either R&R. Fed. R. Civ. P. 72(b)(2).

The Court having reviewed the record, the Report and Recommendation [84] is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Defendant Dennis Royzer is **DISMISSED**.

**SO ORDERED**.

                                                /s/Arthur J. Tarnow  
                                                Arthur J. Tarnow  
Dated: July 26, 2017                  Senior United States District Judge